# EXHIBIT C



# UNITEDHEALTHCARE INSURANCE COMPANY

**ACTIVE**

No information provided

## Business Details

### General Information

**Business Name**
UNITEDHEALTHCARE INSURANCE
COMPANY

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
No information provided

**Requires Annual Filing?**
Yes

**Annual report due**

**Public substatus**
Current

**NAICS code**

**Business ALEI**
0505990

**Date formed**
12/27/1994

**Business type**
Stock

**Mailing address**

**Last report filed**

**NAICS sub code**

## Principal Details

None

## Agent details

Agent name
UNITED AGENT GROUP INC.

Agent Business address
6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, United States

Agent Mailing address
6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, United States

5/12/26, 8:02 AM
Case 2:26-cv-05603-CCC-MAH
Document 1-3
Online Business Search
Filed 05/15/26
Page 4 of 11 PageID: 541

## Filing History

 **Domestication - Certificate of Redomestication**
**0001508845**

Filing date: 12/27/1994          Filing time:          📧 **View details**

Volume Type
B

Volume
2

Start page
283

Pages
8

Date generated
12/27/1994

Digital copy
View as PDF

 **Merger - Certificate of Merger**
## 0001606911

Filing date: 5/15/1996          Filing time:           View details

Volume Type

B

Volume

58

Start page

1312

Pages

5

Date generated

5/15/1996

Digital copy

View as PDF

 **Merger - Certificate of Merger**
## 0001609278

Filing date: 5/31/1996          Filing time:          View details

Volume Type

Volume

Start page

Pages

6

Date generated

5/31/1996

Digital copy

View as PDF

 **Merger - Certificate of Merger**

# 0001618727

Filing date: 7/30/1996         Filing time:          ~~View details~~

Volume Type

B

Volume

65

Start page

2635

Pages

6

Date generated

7/30/1996

Digital copy

View as PDF

**Merger - Certificate of Merger**

# 0002498043

Filing date: 10/30/2002         Filing time:         ~~View details~~

Volume Type

Volume

Start page

Pages

5

Date generated

10/30/2002

Digital copy

View as PDF



**Amendment - Amend Name**

**0003824275**

Filing date: 12/4/2008          Filing time:

Volume Type

B

Volume

1230

Start page

1202

Pages

3

Date generated

12/4/2008

Digital copy

View as PDF



## Change of Agent - Agent Change
## 0004231313

Filing date: 9/2/2010                    Filing time:

Volume Type
B

Volume
1442

Start page
884

Pages
2

Date generated
9/2/2010

Digital copy
View as PDF



## Change of Agent Address - Agent Address Change
## 0004483575

Filing date: 12/1/2011                    Filing time:

Volume Type

Volume

Start page

Pages

Date generated
12/1/2011



## Merger - Certificate of Merger
### 0004557077

Filing date: 3/27/2012          Filing time:                    📧 View details

Volume Type

B

Volume

1627

Start page

2093

Pages

7

Date generated

3/27/2012

Digital copy

View as PDF



## Mass Agent Change – Address - Agent Address Change
### 0013274088

Filing date: 12/2/2024      Filing time: 12:00 PM

Volume Type

Volume

Start page

Pages

Date generated

12/2/2024

Digital copy

View as PDF

 **Change of Agent - Amendment**
**0013723517**

Filing date: 11/7/2025      Filing time: 07:30 AM

Volume Type

Volume

Start page

Pages

Date generated
11/7/2025

Digital copy
View as PDF

# Name History

Filing Number: 0001618727
**METRAHEALTH INSURANCE COMPANY**
Filing date: 7/30/1996

Filing Number: 0003824275
**UNITED HEALTHCARE INSURANCE COMPANY**
Filing date: 12/4/2008

# Trade Names

None

## Shares

### 1000 total shares

**Shares Class: COMMON**

### 1000 Shares

Value per share: $6000