# EXHIBIT D

# Business Name Search

Required Fields [ * ]

## Search Criteria

### Business Name *

Neuromon Professionals LLC

Use "%" as a wildcard

Search    Cancel

**Show**

10

**entries**

| Business Name | Entity Id | Type |
|---|---|---|
| NEUROMON PROFESSIONALS LLC | 0450790466 | LLC (Domestic Limited Liability Company) |

Showing 1 to 1 of 1 entries    « Previous   Next »

**Support**

Division of Revenue & Enterprise Services Web Site
Help

**Policies & Procedures**

Privacy Policy
Accessibility Policy
Security Policy

Department of the Treasury
P.O. Box 450
Trenton, NJ (New Jersey) 08646-0303