# EXHIBIT E

## NEW JERSEY DEPARTMENT OF THE TREASURY
### DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

## NEUROMON PROFESSIONALS LLC
### 0450790466

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 03/28/2022 and was assigned identification number 0450790466. Following are the articles that constitute its original certificate.

1. **Name:**
   NEUROMON PROFESSIONALS LLC

2. **Registered Agent:**
   DANIEL FRIER

3. **Registered Office:**
   84 BLOOMFIELD AVE
   PINE BROOK, NEW JERSEY 07058

4. **Business Purpose:**
   ANY LAWFUL BUSINESS PURPOSE UNDER THE NEW JERSEY REVISED UNIFORM LIMITED LIABILITY COMPANY ACT.

5. **Effective Date of this Filing is:**
   03/28/2022

6. **Members/Managers:**
   FARRUKH CHAUDHRY
   371 HOES LANE
   PISCATAWAY, NEW JERSEY 08854


   ANTHONY D'AMBROSIO, M.D.
   1200 EAST RIDGEWOOD AVE
   RIDEGWOOD, NEW JERSEY 07450

7. **Main Business Address:**
   371 HOES LANE
   PISCATAWAY, NEW JERSEY 08854

   **Signatures:**
   FARRUKH CHAUDHRY
   AUTHORIZED REPRESENTATIVE



IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
28th day of March, 2022

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4168197892
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Page 1 of 1