# EXHIBIT F

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Pre-Litigation Report

**Date:** 05/14/26
**Reference Code:** ▮▮▮▮

### Subject Information
### (Best Information for Subject)
Name: FARRUKH SIDDIQ CHAUDHRY

Date of Birth: ▮▮▮▮
Age: ▮
SSN: xxx-xx-xxxx        issued in **Illinois**
between ▮▮▮▮▮▮▮

### AKAs
### (Names Associated with Subject)
CHAUDHARY FARRUKH
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
CHAUDHRY FARRUKH
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
FARRUKH CHAUDHRY
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
FARRUKH N CHAUDHRY
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
FARRUKH S CHAUDHRY
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
FARRUKH CHAUDRY
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
SARRUKH CHAUDHRY
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx
SIDDIQ CHAUDHRY FARRUKH
  DOB: ▮▮▮  Age: ▮  SSN: xxx-xx-xxxx

### Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

### Address Summary   (✔ - Probable Current Address)
▮▮▮▮▮▮▮, PISCATAWAY, NJ 08854-4143, MIDDLESEX COUNTY (Sep  2023 - Mar  2026)

▮▮▮▮▮, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY (  2018 - Mar  2026)

▮▮▮▮▮▮ ALPHARETTA, GA 30009, FULTON COUNTY (Jan  2025 - Jun  2025)

▮▮▮▮▮▮, PISCATAWAY, NJ 08854-4143, MIDDLESEX COUNTY (Oct  2023 - Jun  2025)
Phone at address: ▮▮▮▮ - EDT ▮▮▮▮

▮▮▮▮ - EDT ▮▮▮

▮▮▮▮ - EDT ▮▮▮

▮▮▮▮▮▮▮▮ ALPHARETTA, GA 30009, FULTON COUNTY (Apr  2021 - May  2025)

███████████████, BRIDGEWATER, NJ 08807-2997, SOMERSET COUNTY (Sep 2021 - Dec 2024)

Phone at address: ███████ - EDT ████████████

█████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY ( 2007 - Jun 2022)

█████████, DAVENPORT, FL 33896-6848, OSCEOLA COUNTY (Apr 2022)

██████████████ PISCATAWAY, NJ 08854-3950, MIDDLESEX COUNTY (Feb 2015 - Aug 2021)

Phone at address: ████████ - EDT ██████████

████████ - EDT ██████████

████████ - EDT ████████

█████████████ GRAND RAPIDS, MI 49503-2560, KENT COUNTY (Mar 2019 - Apr 2021)

Phone at address: ████████ - EDT ████████

████████ - EDT ██████████

████████ - EDT ████████

██████████████ BETHLEHEM, PA 18017-6262, NORTHAMPTON COUNTY (Oct 2003 - Mar 2021)

Phone at address: ████████ - EDT ██████████

████████████ EDT ██████████

███████████ KENDALL PARK, NJ 08824-1904, MIDDLESEX COUNTY (Aug 2018 - Sep 2019)

██████████ JOLIET, IL 60435-8200, WILL COUNTY (Aug 2016 - Sep 2019)

Phone at address: ████████ - CDT █████████████████

████████ - CDT ██████████████████

████████ - CDT ██████████

█████████, EDISON, NJ 08817-4514, MIDDLESEX COUNTY (Jul 2001 - Feb 2019)

██████████████, TEANECK, NJ 07666-4858, BERGEN COUNTY (Jul 2008 - Jul 2018)

Phone at address: ████████ - EDT ████████

████████ - EDT ██████████

████████ - EDT ██████████

████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY ( 2003 - Oct 2017)

██████████, BETHLEHEM, PA 18017, NORTHAMPTON COUNTY (Dec 2016)

█████████████, DEKALB, IL 60115-4039, DEKALB COUNTY (Apr 2016)

█████████████, WARRENSVILLE HEIGHTS, OH 44122-6805, CUYAHOGA COUNTY (Nov 2013 - Jul 2015)

Phone at address: ████████1 - EDT ████████

████████ - EDT ██████████

████████ - EDT ██████████

█████████████, DOWNERS GROVE, IL 60516-2240, DUPAGE COUNTY (Sep 1999 - Nov 2008)

Phone at address: ████████ - CDT █████████

## Property Deeds

Address: █████████████, DAVENPORT, FL 33896-6848, OSCEOLA COUNTY

Owner's Address: █████████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY

Owner Name 1: **CHAUDHRY, FARRUKH**

| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **04/18/2022** |
|---|---|---|
| Parcel Number: ████ ████ | Book: ██ | Page: ██ |
| Sale Price: **$780,000** | Sale Date: **04/13/2022** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$380,000** | Loan Type: **CONVENTIONAL** | Lender Name: **WELLS FARGO BK NA WELLS FARGO BK NA** |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**EXPRESS TITLE & CLOSING SVCS**
Source Code:**A**

---

Address: ████ , DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address: ████ MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/18/2022** |
|---|---|---|
| Parcel Number: ████ | Book: ██ | Page: ██ |
| Sale Price: **$780,000** | Sale Date: **04/13/2022** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$380,000** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**EXPRESS TITLE & CLOSING SVCS**
Source Code:**A**

---

Address: ████ , DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address: ████ , MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/18/2022** |
|---|---|---|
| Parcel Number: ████ | Book:██ | Page: ██ |
| Sale Price: **$780,000** | Sale Date: **04/13/2022** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$380,000** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**EXPRESS TITLE & CLOSING SVCS**
Source Code:**A**

---

Address: ████ DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address: ████ MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/18/2022** |
|---|---|---|
| Parcel Number:████ | Book: ██ | Page: ██ |
| Sale Price: **$780,000** | Sale Date: **04/13/2022** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$380,000** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**EXPRESS TITLE & CLOSING SVCS**
Source Code:**A**

---

Address: ████ , DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address: ████ , MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/18/2022** |
|---|---|---|
| Parcel Number: ████ | Book:██ | Page: ██ |
| Sale Price: **$780,000** | Sale Date: **04/13/2022** | |

Living Size:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$380,000**

Loan Type: **CONVENTIONAL**

Lender Name:

Terms:

Interest Rate:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**EXPRESS TITLE & CLOSING SVCS**
Source Code:**A**

---

Address: ██████████ DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address: ██████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **CHAUDHRY, FARRUKH**

| Document Type: **WARRANTY DEED** | Transaction Type: | Recording Date: **04/18/2022** |
| --- | --- | --- |
| Parcel Number: ██████████ | Book: ██ | Page: ██ |

Sale Price: **$780,000**

Sale Date: **04/13/2022**

Living Size:

Land Usage: **GENERAL RESIDENTIAL**

Loan Amount: **$380,000**

Loan Type: **NEW CONVENTIONAL**

Lender Name: **WELLS FARGO BANK NA**

Terms:

Interest Rate: **3.87**

Interest Rate Type: **ADJUSTABLE RATE**

Seller Name 1: ██████████████████
Title Company Name:**EXPRESS TTL & CLOSING SVCS L**
Source Code:**B**

---

Address: ██████████, DAVENPORT, FL 33896-6848, OSCEOLA COUNTY
Owner's Address:

| Document Type: | Transaction Type: | Recording Date: **04/18/2022** |
| --- | --- | --- |
| Parcel Number: ██████████ | Book: ██ | Page: ██ |

Sale Price:

Sale Date: **04/13/2022**

Living Size:

Land Usage: **GENERAL RESIDENTIAL**

Loan Amount: **$380,000**

Loan Type: **NEW CONVENTIONAL**

Lender Name: **WELLS FARGO BANK NA**

Terms:

Interest Rate: **3.87**

Interest Rate Type: **ADJUSTABLE RATE**

Title Company Name:**NONE AVAILABLE**
Source Code:**B**

---

Address: ██████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner's Address:

| Document Type: | Transaction Type: | Recording Date: **07/23/2019** |
| --- | --- | --- |
| Parcel Number: ██████████ | Book: ██ | Page: ██ |

Sale Price:

Sale Date: **07/15/2019**

Living Size:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$824,000**

Loan Type: **NEW CONVENTIONAL**

Lender Name: **WELLS FARGO BANK NA**

Title Company Name:**FORTUNA TITLE**
Source Code:**B**

---

Address: ██████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner's Address: ██████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **CHAUDHRY, FARRUKH**
Owner Name 2: **MALIK, SAADIA**

| Document Type: **DEED** | Transaction Type: | Recording Date: **07/23/2019** |
| --- | --- | --- |
| Parcel Number: ██████████ | Book: ██ | Page: ██ |

Sale Price: **$1,038,500**

Sale Date: **07/12/2019**

Living Size:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$824,000**

Loan Type: **NEW CONVENTIONAL**

Lender Name: **WELLS FARGO BANK NA**

Seller Name 1:
Seller Name 2: ███████████████
Title Company Name:**FORTUNA TITLE**
Source Code:**B**

---

Address: ███████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner's Address: ███████████ MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
Owner Name 1: **CHAUDHRY, FARRUKH**

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **07/23/2019** |
| Parcel Number: ███████ ⓘ | Book: ████ | Page: ████ |
| Sale Price: **$1,038,500** | Sale Date: **07/12/2019** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$824,000** | Loan Type: **CONVENTIONAL** | Lender Name: **WELLS FARGO BK NA WELLS FARGO BK NA** |
| Terms: | Interest Rate: | Interest Rate Type: |

Seller Name 1: ██████████████
Seller Name 2: ██████████████
Title Company Name:**FORTUNE TITLE**
Source Code:**A**

---

Address: ██████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address: ███████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner Name 1: ██████████████
Owner Name 2: ██████████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: | Recording Date: **09/06/2018** |
| Parcel Number: ██████████ ⓘ | Book: ████ | Page: ████ |
| Sale Price: **$620,000** | Sale Date: **08/28/2018** | |
| Loan Amount: **$270,000** | Loan Type: **UNKNOWN** | Lender Name: ████████ |

Seller Name 1: **CHAUDHRY, FARRUKH**
Seller Name 2: ██████████████
Title Company Name:**NONE AVAILABLE**
Source Code:**B**

---

Address: ████████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address: ███████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner Name 1: ██████████████
Owner Name 2: ██████████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **CONSTRUCTION LOAN** | Recording Date: **09/06/2018** |
| Parcel Number: █████████ ⓘ | Book: ████ | Page: ████ |
| Sale Price: **$620,000** | Sale Date: **08/28/2018** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$270,000** | Loan Type: | Lender Name: ████████ |
| Terms: | Interest Rate: | Interest Rate Type: |

Seller Name 1: **FARRUKH, CHAUDHRY**
Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ████████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address: ███████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner Name 1: ██████████████
Owner Name 2: ██████████████

| | | |
|---|---|---|
| Document Type: | Transaction Type: **CONSTRUCTION LOAN** | Recording Date: **09/06/2018** |
| Parcel Number: █████████ ⓘ | Book: ████ | Page: ████ |
| Sale Price: **$620,000** | Sale Date: **08/28/2018** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$270,000** | Loan Type: | Lender Name: ████████ |
| Terms: | Interest Rate: | Interest Rate Type: |

Seller Name 1: **FARRUKH, CHAUDHRY**
Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address:

Document Type:
Parcel Number: ████████████

Transaction Type:
Book: ████

Recording Date: **10/14/2009**
Page: ████

Sale Price:

Sale Date: **10/01/2009**

Living Size:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$421,123**

Loan Type: **NEW CONVENTIONAL**

Lender Name: **CITIMORTGAGE INC**

Title Company Name: **MORTGAGE INFORMATION SVCS**
Source Code: **B**

---

Address: ████████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type: **DEED OF TRUST**

Transaction Type: **REFINANCE**

Recording Date: **10/14/2009**

Parcel Number: ████████████

Book: ████

Page: ████

Sale Price:

Sale Date: **10/01/2009**

Living Size:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$421,123**

Loan Type: **CONVENTIONAL**

Lender Name: **CITIMORTGAGE**

Terms:

Interest Rate:

Interest Rate Type:

Title Company Name: **FIDELITY NATIONAL TITLE INSURA**
Source Code: **A**

---

Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner Name 1: ████████████

Document Type: **BARGAIN AND SALE DEED**

Transaction Type:

Recording Date: **07/03/2008**

Parcel Number: ████████████ ████

Book: ████

Page: ████

Sale Price: **$240,000**

Sale Date: **05/28/2008**

Living Size:

Land Usage: **CONDOMINIUM**

Loan Amount: **$236,250**

Loan Type: **PURCHASE MONEY MORTGAGE**

Lender Name: **WEICHERT FINANCIAL SERVICES**

Seller Name 1: **CHAUDHRY, FARRUKH**
Seller Name 2: ████████████
Title Company Name: **MULTIPLE**
Source Code: **B**

---

Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner Name 1: ████████████

Document Type: **BARGAIN AND SALE DEED**

Transaction Type:

Recording Date: **07/03/2008**

Parcel Number: ████████████ ████

Book: ████

Page: ████

Sale Price: **$240,000**

Sale Date: **05/28/2008**

Living Size:

Land Usage: **CONDOMINIUM**

Loan Amount: **$236,250**

Loan Type: **PURCHASE MONEY MORTGAGE**

Lender Name: **WEICHERT FINANCIAL SERVICES**

Seller Name 1: **CHAUDHRY, FARRUKH**
Seller Name 2: ████████████
Title Company Name: **MULTIPLE**
Source Code: **B**

---

Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ FRANKLIN TWP, NJ 08873, SOMERSET COUNTY
Owner Name 1: ████████████

Document Type: **DEED**

Transaction Type: **RESALE**

Recording Date: **07/03/2008**

Parcel Number: ████████████ ████

Book: ████

Page: ████

Sale Price: **$240,000**

Sale Date: **05/28/2008**

Living Size:

Land Usage: **CONDOMINIUM (RESIDENTIAL)**

Loan Amount: **$236,250**

Loan Type: **FEDERAL HOUSING AUTHORITY**

Lender Name: **WEICHERT FIN'L SVCS**

Terms:

Interest Rate:

Interest Rate Type:

Seller Name 1: **FARRUKH, CHAUDHRY**

Title Company Name:**FIDELITY NAT'L TITLE INS CO**

Source Code:**A**

---

Address: ████████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY

Owner's Address: ████████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY

Owner Name 1: ████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **07/03/2008** |
| Parcel Number: ████████ | Book: ███ | Page: ███ |
| Sale Price: **$240,000** | Sale Date: **05/28/2008** | |
| Living Size: | Land Usage: **CONDOMINIUM (RESIDENTIAL)** | |
| Loan Amount: **$236,250** | Loan Type: **FEDERAL HOUSING AUTHORITY** | Lender Name: **WEICHERT FIN'L SVCS** |
| Terms: | Interest Rate: | Interest Rate Type: |

Seller Name 1: **FARRUKH, CHAUDHRY**

Title Company Name:**FIDELITY NAT'L TITLE INS CO**

Source Code:**A**

---

Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner's Address:

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: **05/07/2008** |
| Parcel Number: ████████ | Book: ███ | Page: ███ |
| Sale Price: | Sale Date: **03/28/2008** | |
| Loan Amount: **$104,000** | Loan Type: **CREDIT LINE (REVOLVING)** | Lender Name: **CITIBANK NA** |
| Terms: | Interest Rate: | Interest Rate Type: **VARIABLE RATE** |

Title Company Name:**TITLESERV INC**

Source Code:**B**

---

Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner's Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: **DEED OF TRUST** | Transaction Type: **REFINANCE** | Recording Date: **05/07/2008** |
| Parcel Number: ████████ | Book: ███ | Page: ███ |
| Sale Price: | Sale Date: **02/28/2008** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$104,000** | Loan Type: **CONVENTIONAL** | Lender Name: **CITIBANK NA** |
| Terms: | Interest Rate: | Interest Rate Type: |

Title Company Name:**TITLESERV INC**

Source Code:**A**

---

Address: ████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner's Address:

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: **01/28/2008** |
| Parcel Number: ████████ | Book: | Page: |
| Sale Price: | Sale Date: **01/28/2008** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$417,000** | Loan Type: **UNKNOWN** | Lender Name: **CITIMORTGAGE INC** |

Title Company Name:**CONSOLIDATED TITLE GROUP LLC**

Source Code:**B**

---

Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner's Address: ████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY

Owner Name 1: **CHAUDHRY, FARRUKH**

Owner Name 2: ████████

Document Type: **DEED**
Parcel Number: ███████

Transaction Type:
Book: ████

Recording Date: **01/28/2008**
Page: ████

Sale Price: **$580,000**

Living Size:

Sale Date: **01/23/2008**
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$417,000**

Loan Type: **UNKNOWN**

Lender Name: **CITIMORTGAGE INC**

Seller Name 1: ████████
Seller Name 2: ████████
Title Company Name:**CONSOLIDATED TITLE GROUP LLC**
Source Code:**B**

---

Address: ██████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address: ██████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner Name 1: **CHAUDHRY, FARRUKH**
Owner Name 2: ████████

Document Type: **DEED**
Parcel Number: ███████

Transaction Type:
Book: ████

Recording Date: **01/28/2008**
Page: ████

Sale Price: **$580,000**

Living Size:

Sale Date: **01/23/2008**
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$417,000**

Loan Type: **UNKNOWN**

Lender Name: **CITIMORTGAGE INC**

Seller Name 1: ████████
Seller Name 2: ████████
Title Company Name:**CONSOLIDATED TITLE GROUP LLC**
Source Code:**B**

---

Address: ██████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address:

Document Type:
Parcel Number: ███████

Transaction Type:
Book: ████

Recording Date: **01/28/2008**
Page: ████

Sale Price:

Loan Amount: **$47,000**

Sale Date: **01/23/2008**
Loan Type: **CREDIT LINE (REVOLVING)**

Lender Name: **CITIBANK NA**

Terms:

Interest Rate:

Interest Rate Type: **VARIABLE RATE**

Title Company Name:**CONSOLIDATED TITLE GROUP LLC**
Source Code:**B**

---

Address: ██████████ SOMERSET, NJ 08873-4618, SOMERSET COUNTY
Owner's Address:

Document Type:
Parcel Number: ████████

Transaction Type:
Book: ████

Recording Date: **01/28/2008**
Page: ████

Sale Price:

Living Size:

Sale Date: **01/23/2008**
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$417,000**

Loan Type: **UNKNOWN**

Lender Name: **CITIMORTGAGE INC**

Title Company Name:**CONSOLIDATED TITLE GROUP LLC**
Source Code:**B**

---

Address: ██████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address: ██████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: ████████
Owner Name 2: ████████

Document Type: **BARGAIN AND SALE DEED**
Parcel Number: ████████

Transaction Type:
Book:████

Recording Date: **01/29/2008**
Page: ████

Sale Price: **$284,000**

Sale Date: **01/23/2008**

Living Size:  
Land Usage: **PLANNED UNIT DEVELOPMENT**

Loan Amount: **$227,200**  
Loan Type: **UNKNOWN**  
Lender Name: **WACHOVIA MORTGAGE CORP**

Seller Name 1: **CHAUDHRY, FARRUKH**  
Seller Name 2: ███████████  
Title Company Name:**MULTIPLE**  
Source Code:**B**

---

Address: ███████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY  
Owner's Address: ███████████, SOMERSET, NJ 08873-4618, SOMERSET COUNTY  
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type: **DEED**  
Transaction Type: **RESALE**  
Recording Date: **01/28/2008**

Parcel Number: ███████████  
Book: ███  
Page: ███

Sale Price: **$580,000**  
Sale Date: **01/23/2008**

Living Size:  
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$417,000**  
Loan Type: **CONVENTIONAL**  
Lender Name: **CITIMORTGAGE**

Terms:  
Interest Rate:  
Interest Rate Type:

Seller Name 1: ███████████  
Seller Name 2: ███████████  
Title Company Name:**CONSOLIDATED TITLE GROUP LLC**  
Source Code:**A**

---

Address: ███████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY  
Owner's Address: ███████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY  
Owner Name 1: ███████████

Document Type: **DEED**  
Transaction Type: **RESALE**  
Recording Date: **01/29/2008**

Parcel Number: ███████████  
Book: ███  
Page: ███

Sale Price: **$284,000**  
Sale Date: **01/23/2008**

Living Size:  
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$227,200**  
Loan Type: **CONVENTIONAL**  
Lender Name: **WACHOVIA MTG CO**

Terms:  
Interest Rate:  
Interest Rate Type:

Seller Name 1: **FARRUKH, CHAUDHRY**  
Title Company Name:**TICOR TITLE INSURANCE CO.**  
Source Code:**A**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY  
Owner's Address:

Document Type:  
Transaction Type:  
Recording Date: **12/03/2007**

Parcel Number:  
Book: ███  
Page: ███

Sale Price:  
Sale Date: **11/10/2007**

Loan Amount: **$240,000**  
Loan Type: **CREDIT LINE (REVOLVING)**  
Lender Name: **WACHOVIA BANK NA**

Terms:  
Interest Rate:  
Interest Rate Type: **VARIABLE RATE**

Title Company Name:**FISERV LENDING SOLUTIONS**  
Source Code:**B**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY  
Owner's Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY  
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type: **DEED OF TRUST**  
Transaction Type: **REFINANCE**  
Recording Date: **12/03/2007**

Parcel Number:  
Book: ███  
Page: ███

Sale Price:  
Sale Date: **11/10/2007**

Living Size:  
Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$240,000**  
Loan Type: **CONVENTIONAL**  
Lender Name: **WACHOVIA BK NA**

Terms:  
Interest Rate:  
Interest Rate Type:

Title Company Name:**FISERV LNDG SOLUTIONS**  
Source Code:**A**

---

Address: ███████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY  
Owner's Address: ███████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY  
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type: **DEED OF TRUST**  
Transaction Type: **REFINANCE**  
Recording Date: **07/13/2006**

Parcel Number: ███████████   Book: ███████   Page: ███████

Sale Price:   Sale Date: **06/14/2006**

Living Size:   Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$78,000**   Loan Type: **CONVENTIONAL**   Lender Name: **WACHOVIA BK NA**

Terms:   Interest Rate:   Interest Rate Type: **ADJUSTABLE**

Title Company Name:**FISERV LNDG SOLUTIONS**
Source Code:**A**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ███████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type: **FORECLOSURE**   Transaction Type: **RESALE**   Recording Date: **04/06/2006**
Parcel Number: ███████████   Book: ███████   Page: ███████

Sale Price: **$222,000**   Sale Date: **03/14/2006**

Living Size:   Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$177,600**   Loan Type: **CONVENTIONAL**   Lender Name: **AHM MTG**
Terms:   Interest Rate:   Interest Rate Type: **ADJUSTABLE**

Seller Name 1: ███████████
Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ███████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type:   Transaction Type: **RESALE**   Recording Date: **04/06/2006**
Parcel Number: ███████████   Book: ███████   Page: ███████

Sale Price: **$222,410**   Sale Date: **03/14/2006**

Living Size:   Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$177,600**   Loan Type: **CONVENTIONAL**   Lender Name:
Terms:   Interest Rate:   Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ███████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type:   Transaction Type: **RESALE**   Recording Date: **04/06/2006**
Parcel Number: ███████████   Book: ███████   Page: ███████

Sale Price: **$222,410**   Sale Date: **03/14/2006**

Living Size:   Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$177,600**   Loan Type: **CONVENTIONAL**   Lender Name:
Terms:   Interest Rate:   Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ███████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

Document Type:   Transaction Type: **RESALE**   Recording Date: **04/06/2006**
Parcel Number: ███████████   Book: ███████   Page: ███████

Sale Price: **$222,410**   Sale Date: **03/14/2006**

Living Size:

Loan Amount: **$177,600**

Terms:

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Type: **CONVENTIONAL**

Interest Rate:

Lender Name:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ██████████ | Book: ████ | Page: ████ |

Sale Price: **$222,410**

Living Size:

Loan Amount: **$177,600**

Terms:

Sale Date: **03/14/2006**

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Type: **CONVENTIONAL**

Interest Rate:

Lender Name:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ██████████ | Book: ████ | Page: ████ |

Sale Price: **$222,410**

Living Size:

Loan Amount: **$177,600**

Terms:

Sale Date: **03/14/2006**

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Type: **CONVENTIONAL**

Interest Rate:

Lender Name:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ██████████ | Book: ████ | Page: ████ |

Sale Price: **$222,410**

Living Size:

Loan Amount: **$177,600**

Terms:

Sale Date: **03/14/2006**

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Type: **CONVENTIONAL**

Interest Rate:

Lender Name:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

---

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ██████████ | Book: ████ | Page: ███ |

Sale Price: **$222,410**

Living Size:

Loan Amount: **$177,600**

Terms:

Sale Date: **03/14/2006**

Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Type: **CONVENTIONAL**

Interest Rate:

Lender Name:

Interest Rate Type: **ADJUSTABLE**

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ███████████ ⓘ | Book: ██████ | Page: ██████ |
| Sale Price: **$222,410** | Sale Date: **03/14/2006** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$177,600** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ███████████ ⓘ | Book: ██████ | Page: ██████ |
| Sale Price: **$222,410** | Sale Date: **03/14/2006** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$177,600** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ███████████ ⓘ | Book: ██████ | Page: ██████ |
| Sale Price: **$222,410** | Sale Date: **03/14/2006** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$177,600** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ███████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ███████████ ⓘ | Book: ██████ | Page: ██████ |
| Sale Price: **$222,410** | Sale Date: **03/14/2006** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$177,600** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ███████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY
Owner's Address: ████████████, SOMERSET, NJ 08873-4232, SOMERSET COUNTY

Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: | Transaction Type: **RESALE** | Recording Date: **04/06/2006** |
| Parcel Number: ▮ | Book: ▮ | Page: ▮ |
| Sale Price: **$222,410** | Sale Date: **03/14/2006** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$177,600** | Loan Type: **CONVENTIONAL** | Lender Name: |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Title Company Name:**OLD REPUBLIC NAT'L TITLE INS**
Source Code:**A**

Address: ▮, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address: ▮ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: **DEED OF TRUST** | Transaction Type: **REFINANCE** | Recording Date: **09/12/2005** |
| Parcel Number: ▮ | Book: ▮ | Page: ▮ |
| Sale Price: | Sale Date: **08/26/2005** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$42,500** | Loan Type: **CONVENTIONAL** | Lender Name: **WACHOVIA BK NA** |
| Terms: | Interest Rate: | Interest Rate Type: **FIXED** |

Source Code:**A**

Address: ▮ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address: ▮, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: **DEED OF TRUST** | Transaction Type: **REFINANCE** | Recording Date: **02/14/2005** |
| Parcel Number: ▮ | Book: ▮ | Page: ▮ |
| Sale Price: | Sale Date: **01/19/2005** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$30,500** | Loan Type: **CONVENTIONAL** | Lender Name: **WACHOVIA BK NA** |
| Terms: | Interest Rate: | Interest Rate Type: **ADJUSTABLE** |

Source Code:**A**

Address: ▮, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address:

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: **02/14/2005** |
| Parcel Number: ▮ | Book: ▮ | Page: ▮ |
| Sale Price: | Sale Date: **01/19/2005** | |
| Loan Amount: **$30,500** | Loan Type: **CREDIT LINE (REVOLVING)** | Lender Name: **WACHOVIA BANK NA** |
| Terms: | Interest Rate: | Interest Rate Type: **VARIABLE RATE** |

Title Company Name:**NONE AVAILABLE**
Source Code:**B**

Address: ▮, SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address: ▮ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner Name 1: **FARRUKH, CHAUDHRY**

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **09/22/2003** |
| Parcel Number: ▮ | Book: ▮ | Page: ▮ |
| Sale Price: **$224,985** | Sale Date: **08/12/2003** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$218,200** | Loan Type: **CONVENTIONAL** | Lender Name: **WACHOVIA MTG CO** |
| Terms: | Interest Rate: | Interest Rate Type: **FIXED** |

Seller Name 1: ▮
Title Company Name:**ATTORNEY ONLY**

Source Code:**A**

Address: ██████████████████ SOMERSET, NJ 08873-4232, SOMERSET COUNTY
Owner's Address:
Owner Name 1: **CHAUDHRY, FARRUKH**

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: **09/22/2003** |
| Parcel Number:████ | Book: ███ | Page: ███ |
| Sale Price: **$224,985** | Sale Date: **08/12/2003** | |
| Loan Amount: **$218,200** | Loan Type: | Lender Name: **WACHOVIA MORTGAGE CORP** |

Seller Name 1: ██████████
Source Code:**B**

## Property Assessment

Address: ██████████ DAVENPORT, FL 33896
Owner Name 1: **FARRUKH CHAUDHRY**
Owner's Address: ███████████, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY

| | | |
|---|---|---|
| Parcel Number: ██████████ | Book: ████ | Page: ██ |
| Lot Number:███ | Year Built: **2018** | Land Size:**6534 SF** |
| Living Size:**3,648 sq. feet** | Garage: | Basement: |
| Air Conditioning: | Heating: **YES** | Fireplace: |
| Exterior Walls: **STUCCO** | Roof: | Pool: |
| Total Value: **$555,900** | Improvement Value: **$460,900** | Tax Amount: **$10,097.77** |
| Assessed Value: **$555,900** | Assessed Year: **2025** | Homestead Exemption: |
| Sale Price:**$780,000** | Sale Date: | Prior Sale Date:**01/02/2019** |

Legal Description:████████████████████
Land Usage: **SINGLE FAMILY RESIDENTIAL**
Subdivision Name:██████████████
Source Code:**B**

Address: ██████████, DAVENPORT, FL 33896
Owner Name 1: **FARRUKH CHAUDHRY**

| | | |
|---|---|---|
| Parcel Number: ██████████████ | Book: ████ | Page: ██ |
| Lot Number:████ | Year Built: **2018** | Land Size:**6534** |
| Living Size:**3,339 sq. feet** | Garage: | Basement: |
| Air Conditioning: | Heating: **PACKAGE** | Fireplace: |
| Exterior Walls: **CINDER BLOCK/STUCCO** | Roof: | Pool: |
| Total Value: **$607,900** | Improvement Value: **$512,900** | Tax Amount: **$10,824.75** |
| Assessed Value: **$607,900** | Assessed Year: **2024** | Homestead Exemption: |
| Sale Price:**$780,000** | Sale Date:**04/13/2022** | Prior Sale Date:**02/01/2019** |
| Loan Amount: **$380,000** | Loan Type: **CONVENTIONAL** | Lender Name: |

Seller Name 1: ████████████████
Legal Description:████████████████████
Land Usage: **SFR**
Subdivision Name: ██████████████
Source Code:**A**

Address: ██████████, MONMOUTH JUNCTION, NJ 08852
Owner Name 1: **FARRUKH CHAUDHRY**
Owner Name 2: █████████

| | | |
|---|---|---|
| Parcel Number: ██████████████ | Book: ████ | Page:███ |
| Lot Number: ███ | Year Built: **2002** | Land Size:**46609** |
| Living Size:**5,530 sq. feet** | Garage: | Basement: |
| Exterior Walls: **FRAME** | Roof: | Pool: |
| Total Value: **$1,186,819** | Improvement Value: **$914,488** | Tax Amount: **$23,541.92** |
| Assessed Value: **$435,800** | Assessed Year: **2024** | Homestead Exemption: |
| Sale Price:**$1,038,500** | Sale Date:**07/12/2019** | Prior Sale Date:**05/19/2003** |
| Loan Amount: **$824,000** | Loan Type: **CONVENTIONAL** | Lender Name: |

Seller Name 1: ██████████████
Seller Name 2: ██████████████
Legal Description:
Land Usage: **SFR**
Subdivision Name: ████████████████
Source Code:**A**

Address: ██████████, SOMERSET, NJ 08873

Owner Name 1: ██████████
Owner Name 2: ██████████

| | | |
|---|---|---|
| Parcel Number: ██████████ | Book: ████ | Page: ████ |
| Lot Number: █ | Year Built: **2000** | Land Size: **17990** |
| Living Size: **4,450 sq. feet** | Garage: | Basement: |
| Total Value: $806,106 | Improvement Value: **$423,043** | Tax Amount: **$14,759.36** |
| Assessed Value: **$818,600** | Assessed Year: **2024** | Homestead Exemption: |
| Sale Price: **$620,000** | Sale Date: **08/28/2018** | Prior Sale Date: **01/28/2008** |
| Loan Amount: $270,000 | Loan Type: | Lender Name: |

Seller Name 1: **FARRUKH CHAUDHRY**
Legal Description:
Land Usage: **SFR**
Subdivision Name: ██████████
Source Code: **A**

---

Address: ██████████, FRANKLIN PARK, NJ 08823
Owner Name 1: ██████████
Owner's Address: ██████████, FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY

| | | |
|---|---|---|
| Parcel Number: ██████████ | Book: ████ | Page: ████ |
| Lot Number: ████ | Year Built: **1988** | Land Size: |
| Living Size: **1,260 sq. feet** | Garage: | Basement: |
| Exterior Walls: **FRAME** | Roof: | Pool: |
| Total Value: $207,017 | Improvement Value: **$147,214** | Tax Amount: **$4,752.18** |
| Assessed Value: $207,700 | Assessed Year: **2014** | Homestead Exemption: |
| Sale Price: **$240,000** | Sale Date: **05/28/2008** | Prior Sale Date: **10/06/1988** |
| Loan Amount: $236,250 | Loan Type: **FEDERAL HOUSING AUTHORITY** | Lender Name: |

Seller Name 1: **FARRUKH CHAUDHRY**
Legal Description: ██████████
Land Usage: **CONDOMINIUM**
Subdivision Name: ██████████
Source Code: **A**

---

Address: ██████████ FRANKLIN PARK, NJ 08823
Owner Name 1: ██████████
Owner's Address: ██████████ FRANKLIN PARK, NJ 08823-1503, SOMERSET COUNTY

| | | |
|---|---|---|
| Parcel Number: ██████████ | Book: ████ | Page: ████ |
| Lot Number: ████ | Year Built: **1988** | Land Size: |
| Living Size: **1,260 sq. feet** | Garage: | Basement: |
| Exterior Walls: **FRAME** | Roof: | Pool: |
| Total Value: $212,700 | Improvement Value: **$147,700** | Tax Amount: **$4,649.97** |
| Assessed Value: $212,700 | Assessed Year: **2011** | Homestead Exemption: |
| Sale Price: **$240,000** | Sale Date: **05/28/2008** | Prior Sale Date: **10/06/1988** |
| Loan Amount: $236,250 | Loan Type: **FEDERAL HOUSING AUTHORITY** | Lender Name: |

Seller Name 1: **FARRUKH CHAUDHRY**
Legal Description: ██████████
Land Usage: **CONDOMINIUM**
Subdivision Name: ██████████
Source Code: **A**

---

Address: ██████████, SOMERSET, NJ 08873
Owner Name 1: **FARRUKH CHAUDHRY**
Owner Name 2: ██████████

| | | |
|---|---|---|
| Parcel Number: ██████████ | Book: ████ | Page: ████ |
| Lot Number: █ | Year Built: **2000** | Land Size: **17990** |
| Living Size: **4,450 sq. feet** | Garage: | Basement: |
| Total Value: $584,293 | Improvement Value: **$432,006** | Tax Amount: **$13,250.16** |
| Assessed Value: $573,600 | Assessed Year: **2018** | Homestead Exemption: |
| Sale Price: **$580,000** | Sale Date: **01/23/2008** | Prior Sale Date: **01/03/2001** |
| Loan Amount: $417,000 | Loan Type: **CONVENTIONAL** | Lender Name: |

Seller Name 1: ▇▇▇▇▇▇▇
Seller Name 2: ▇▇▇▇▇▇▇
Legal Description:
Land Usage: **SFR**
Subdivision Name: ▇▇▇▇▇▇▇
Source Code: **A**

---

Address: ▇▇▇▇▇▇▇ SOMERSET, NJ 08873
Owner Name 1: ▇▇▇▇▇▇▇
Owner Name 2: ▇▇▇▇▇▇▇

| | | |
|---|---|---|
| Parcel Number: ▇▇▇▇▇ | Book: ▇▇ | Page: ▇▇ |
| Lot Number: ▇ | Year Built: **1984** | Land Size: **1847** |
| Living Size: **1,423 sq. feet** | Garage: | Basement: |
| Exterior Walls: **FRAME** | Roof: | Pool: |
| Total Value: **$226,886** | Improvement Value: **$176,801** | Tax Amount: **$5,288.78** |
| Assessed Value: **$226,500** | Assessed Year: **2015** | Homestead Exemption: |
| Sale Price: **$284,000** | Sale Date: **01/23/2008** | Prior Sale Date: **09/22/2003** |
| Loan Amount: **$227,200** | Loan Type: **CONVENTIONAL** | Lender Name: |

Seller Name 1: **FARRUKH CHAUDHRY**
Legal Description: ▇▇▇▇▇▇▇
Land Usage: **SFR**
Subdivision Name: ▇▇▇▇▇▇▇
Source Code: **A**

---

Address: ▇▇▇▇▇▇▇ FRANKLIN PARK, NJ 08823
Owner Name 1: **CHAUDHRY FARRUKH**
Owner's Address: ▇▇▇▇▇▇▇ SOMERSET, NJ 08873-4232, SOMERSET COUNTY

| | | |
|---|---|---|
| Parcel Number: ▇▇▇▇▇▇ | Book: ▇▇ | Page: ▇▇ |
| Lot Number: ▇▇▇ | Year Built: | Land Size: |
| Total Value: | Improvement Value: | Tax Amount: |
| Assessed Value: **$258,300** | Assessed Year: | Homestead Exemption: |
| Sale Price: **$222,410** | Sale Date: | Prior Sale Date: |

Legal Description:
Land Usage: **TOWNHOUSE**
Subdivision Name:
Source Code: **B**

---

Address: ▇▇▇▇▇▇▇, SOMERSET, NJ 08873
Owner Name 1: **CHAUDHRY FARRUKH**
Owner's Address: ▇▇▇▇▇▇▇, SOMERSET, NJ 08873-4232, SOMERSET COUNTY

| | | |
|---|---|---|
| Parcel Number: ▇▇▇▇▇ | Book: ▇▇ | Page: ▇▇ |
| Lot Number: ▇ | Year Built: | Land Size: **1847 SF** |
| Total Value: | Improvement Value: | Tax Amount: |
| Assessed Value: **$303,200** | Assessed Year: | Homestead Exemption: |
| Sale Price: **$224,985** | Sale Date: | Prior Sale Date: **10/13/1986** |

Legal Description:
Land Usage: **SINGLE FAMILY RESIDENTIAL**
Subdivision Name:
Source Code: **B**

## Vehicle Registrations

**2004 Silver  Acura  ( ▇▇▇▇▇ )**          Tag Type: **Private**
VIN: ▇▇▇▇▇          State of Origin: **IL**
                                                            Registration Expiration Date: ▇▇▇▇▇
                    Engine Size: **146**   Number of Cylinders: **4**   Body: **Sedan 4 Door**
Owner(s):                    **None**
Registrant(s):
                              FARRUKH N CHAUDHRY DOB: ▇▇▇▇ Age: ▇   SSN: xxx-xx-xxxx          Sex: **Male**
                              ▇▇▇▇▇▇▇ DEKALB, IL 60115
Lien Holder:                 **None**

**1998  Honda EX  ( ▇▇▇▇▇ )**          Tag Type: **Private**
VIN: ▇▇▇▇▇          State of Origin: **IL**
                                                            Registration Expiration Date: ▇▇▇▇▇
                    Engine Size: **138**   Number of Cylinders: **4**   Body: **Coupe**

Owner(s): **None**

Registrant(s): FARRUKH CHAUDHRY DOB: ███████ Age: ██ SSN: xxx-xx-xxxx Sex: **Male**

████████████████, DEKALB, IL 60115

Lien Holder: **None**

## Watercraft

[No Data Available]

## UCC Filings

[No Data Available]

## People at Work

Name: FARRUHK CHAUDRY
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████████ PISCATAWAY, NJ 08854-4143
Phone:
FEIN: ████████
Dates: Dec, 2024 - Mar 16, 2026

Name: FARRUKH CHAUDHRY
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████ PISCATAWAY, NJ 08854-4143
Phone:
FEIN: ████████
Dates: Dec, 2024 - Nov 17, 2025

Name: FARRUKH S CHAUDHRY
SSN: xxx-xx-xxxx
Company: ████████████████████
Address: ██████████ GRAND RAPIDS, MI 49503-2560
Phone: ✔ ██████████ - EDT
FEIN:
Dates: Mar 19, 2019 - Apr 02, 2021

Name: FARRUKH S CHAUDHRY
SSN: xxx-xx-xxxx
Company: ████████████████████
Address: ██████████ JOLIET, IL 60435-8200
Phone: ✔ ██████████ - CDT
FEIN:
Dates: Aug 22, 2016 - Sep 03, 2019

Name: FARRUKH CHAUDHRY
Title: MANAGING PARTNER
SSN: xxx-xx-xxxx
Company: ████████████████████
Phone: ██████████ - EDT
FEIN:
Dates: Nov 27, 2017

Name: FARRUKH CHAUDHRY
Title: CLINICAL SUPERVISOR
SSN: xxx-xx-xxxx
Company: ████████████████████
Address: ████████████, TEANECK, NJ 07666-4858
Phone: ✔ ██████████ - EDT
FEIN:
Dates: May 02, 2016 - Dec 05, 2016

Name: FARRUKH CHAUDHRY
Title: MANUFACTURING ENGINEER - GLOBAL MAN

SSN: xxx-xx-xxxx
Company: ███████████████████████
Address: 1 ██████████ DETROIT, MI 48211-1115
Phone: ✔ ███████ - EDT
FEIN:
Dates: Apr 24, 2016 - Dec 05, 2016

Name: FARRUKH S CHAUDHRY
SSN: xxx-xx-xxxx
Company: █████████████████
Address: ████████████████, WARRENSVILLE HEIGHTS, OH 44122-6805
Phone: ✔ ████████ - EDT
FEIN:
Dates: Mar 03, 2014 - Jul 13, 2015

Name: FARRUKH S CHAUDHRY
SSN: xxx-xx-xxxx
Company: █████████████████████████
Address: ████████████████ GRAND RAPIDS, MI 49503-2560
Phone: ✔ ████████ - EDT
FEIN:
Dates:

Name: FARRUKH SIDDIQ CHAUDHRY
SSN: xxx-xx-xxxx
Company: ████████████████████
Phone:
FEIN:
Dates:

## Bankruptcy Filings

[No Data Available]

## Liens and Judgments

[No Data Available]

## Professional Licenses

Name: SIDDIQ CHAUDHRY FARRUKH
License Address: MONMOUTH JCT, NJ 08852
License State: PA
License Number: ████
License Type: CHIROPRACTOR
License Status: I
Issue Date: Jul 11, 2001
Expiration Date: Sep 01, 2004

Name: FARRUKH S CHAUDHRY
License Address: PISCATAWAY, NJ
License State: NJ
License Number: █████
License Type: CHIROPRACTOR
License Status: A
Issue Date: Nov 06, 2003
Expiration Date: Aug 31, 2025

Name: SIDDIQ CHAUDHRY FARRUKH
License Address: SOMERSET, NJ
License State: NY
License Number: █████
License Type: CHIROPRACTOR
License Status: I
Issue Date: Feb 04, 2003
Expiration Date: Jan 31, 2006

Name: SIDDIQ CHAUDHRY FARRUKH

License Address: BETHLEHEM, PA 18017
License State: PA
License Number: ▮▮▮▮
License Type: CHIROPRACTOR
License Status: I
Issue Date: Jul 11, 2001
Expiration Date: Sep 01, 2004

Name: FARRUKH S CHAUDHRY
License Address:▮▮▮▮▮▮▮▮▮▮▮▮, PISCATAWAY, NJ 08854-4143, MIDDLESEX COUNTY
License State: NJ
License Number: ▮▮▮▮▮▮▮
License Type: CHIROPRACTOR
Profession/Board: CHIROPRACTIC EXAMINERS
License Status: EXPIRED
Issue Date: Nov 06, 2003
Expiration Date: Aug 31, 2025
Last Renewal Date: Aug 24, 2023

Name: FARRUKH S CHAUDHRY
License Address:▮▮▮▮▮▮▮▮▮▮▮▮, PISCATAWAY, NJ 08854-4143, MIDDLESEX COUNTY
License State: NJ
License Number: ▮▮▮▮▮▮▮
License Type: CHIROPRACTOR
Profession/Board: CHIROPRACTIC EXAMINERS
License Status: ACTIVE
Issue Date: Nov 06, 2003
Expiration Date: Aug 31, 2025
Last Renewal Date: Aug 24, 2023

Name: SIDDIQ CHAUDHRY FARRUKH
License Address: SOMERSET, NJ
License State: NY
License Number: ▮▮▮▮
License Type: CHIROPRACTOR
License Status: I
Issue Date: Feb 04, 2003
Expiration Date: Jan 31, 2006

Name: SIDDIQ CHAUDHRY FARRUKH
License Address:▮▮▮▮▮▮▮▮▮, MONMOUTH JUNCTION, NJ 08852-2813, MIDDLESEX COUNTY
License State: PA
License Number: ▮▮▮
License Type: CHIROPRACTOR
License Status: I
Issue Date: Jul 11, 2001
Expiration Date: Sep 01, 2004

Name: FARRUKH S CHAUDHRY
License Address:▮▮▮▮▮▮▮▮▮▮▮ALPHARETTA, GA 30009, FULTON COUNTY
License State: GA
License Number: ▮▮▮
License Type: PSYCHIATRY & NEUROLOGY
License Status: I
Issue Date: Apr 06, 2021
Expiration Date: Mar 31, 2023

Name: FARRUKH S CHAUDHRY
License Address:▮▮▮▮▮▮▮▮▮ PISCATAWAY, NJ 08854-4143, MIDDLESEX COUNTY
License State: NJ
License Number:▮▮▮▮▮▮▮
License Type: CHIROPRACTOR
License Status: EXPIRED
Issue Date: Nov 06, 2003
Expiration Date: Aug 31, 2025

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Pre-Litigation Report

**Date:** 05/14/26
**Reference Code:** ▮▮▮

## Subject Information
### (Best Information for Subject)
Name: ANTHONY LOUIS DAMBROSIO

Date of Birth: ▮▮▮
Age: ▮
SSN: xxx-xx-xxxx        issued in **New Jersey** between ▮▮▮ ▮▮▮

## AKAs
### (Names Associated with Subject)
ANTHNONY DAMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHNONY L DAMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY AMBROISO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY AMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY D AMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L AMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L D AMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L D AMBROSIA
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L D AMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L D AMBROSTO
   DOB: 0▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY DAMBORSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY L DAMBROSIA
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY DAMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: xxx-xx-xxxx
ANTHONY D DAMBROSIO
   DOB: ▮▮▮   Age: ▮   SSN: ▮▮▮

## Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

Pre-Litigation Report

xxx-xx-xxxx
**ANTHONY L DAMBROSIO**
DOB: ███████  Age: █  SSN:
xxx-xx-xxxx

**Address Summary   (✔ - Probable Current Address)**

✔ █████████████ HO HO KUS, NJ 07423-1205, BERGEN COUNTY (Jul 2014 - May 2026)
Phone at address:  ██████████ - EDT **DAMBROSIO ANTHONY L**

████████, NEW YORK, NY 10016-6402, NEW YORK COUNTY (May 2022 - Apr 2026)
Phone at address:  █████████ - EDT ████████████████

█████████ - EDT ████████████

█████████ - EDT ██████████

█████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY (Aug 2007 - Apr 2026)
Phone at address:  █████████ - EDT ████████████

█████████ - EDT ████████████████

███████████████, NEW YORK, NY 10032-3726, NEW YORK COUNTY (May 2007 - May 2022)
Phone at address:  █████████ - EDT ████████████

█████████ - EDT ████████████

█████████ - EDT ████████████

████████████ TAMPA, FL 33601-1289, HILLSBOROUGH COUNTY (Dec 2007 - Jun 2021)

███████████████████, TAMPA, FL 33602-6743, HILLSBOROUGH COUNTY (Jun 2006 - Jun 2017)
Phone at address:  █████████ - EDT ████████████

█████████ EDT ████████████

████████████ CHATHAM, NJ 07928-2017, MORRIS COUNTY (Aug 2014)

█████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY ( 2008 - Jul 2014)
Phone at address:  █████████ - EDT ████████████

█████████ - EDT ████████████

█████████ - EDT ████████████

██████████████ ENGLEWOOD, NJ 07631-3657, BERGEN COUNTY (May 2004 - Nov 2009)
Phone at address:  █████████ - EDT ████████████

█████████ - EDT ████████████

█████████ - EDT ████████████

█████████████, RIDGEWOOD, NJ 07450-2727, BERGEN COUNTY (Jul 2007 - Oct 2009)

█████████████ TENAFLY, NJ 07670-2826, BERGEN COUNTY (Sep 2002 - Apr 2004)
Phone at address:  █████████ - EDT ████████

█████████ - EDT ████████

█████████ - EDT ██████

██████████████, NEW YORK, NY 10032-1134, NEW YORK COUNTY (Apr 2003 - Jan 2004)
Phone at address:  █████████ - EDT ████████████

██████████████ NEW YORK, NY 10032, NEW YORK COUNTY (Oct 2003)

████████████████████ NC 27514-4140, ORANGE COUNTY (Jul 2001 - Jan 2003)

███████████████, NEW YORK, NY 10024-4568, NEW YORK COUNTY (Oct 2001 - Sep 2002)

Phone at address: ████████ - EDT ████████

████████ - EDT ████████

███████████ MANHATTAN, NY 10024-4513, NEW YORK COUNTY (Oct 2001 - Aug 2002)

Phone at address: ████████ - EDT ████████

████████ - EDT ████████

███████████ MANHATTAN, NY 10023-4132, NEW YORK COUNTY (Jun 2000 - Jul 2001)

Phone at address: ████████ - EDT ████████

████████ - EDT ████████

████████ - EDT ████████

███████████ OAKLAND, NJ 07436-2208, BERGEN COUNTY (Jul 1992 - Jun 2001)

Phone at address: ████████ - EDT ████████

███████████ NEW YORK, NY 10023-4253, NEW YORK COUNTY (Jan 2000 - May 2001)

Phone at address: ████████ - EDT ████████

████████ - EDT ████████

████████ - EDT ████████

███████████ NASHVILLE, TN 37203-1041, DAVIDSON COUNTY (Jun 1996)

## Property Deeds

Address: ███████████ HO HO KUS, NJ 07423-1205, BERGEN COUNTY
Owner's Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: | Recording Date: **07/07/2014** |
| Parcel Number: | Book: ████ | Page: ████ |
| Sale Price: **$1,860,000** | Sale Date: **07/01/2014** | |
| Loan Amount: | Loan Type: **UNKNOWN** | Lender Name: |

Seller Name 1: ███████████
Seller Name 2: ███████████
Source Code: **B**

---

Address: ███████████ HO HO KUS, NJ 07423-1205, BERGEN COUNTY
Owner's Address:

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: 07/07/2014 |
| Parcel Number: | Book: ████ | Page: ████ |
| Sale Price: | Sale Date: **07/01/2014** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$1,000,000** | Loan Type: **NEW CONVENTIONAL** | Lender Name: **HUDSON CITY SAVINGS BANK** |
| Terms: | Interest Rate: **3.87** | Interest Rate Type: **ADJUSTABLE RATE** |

Source Code: **B**

---

Address: ███████████, HO HO KUS, NJ 07423-1205, BERGEN COUNTY
Owner's Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **07/07/2014** |
| Parcel Number: ███████████ | Book: ████ | Page: ████ |
| Sale Price: **$1,860,000** | Sale Date: **07/01/2014** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: | Loan Type: | Lender Name: |

Seller Name 1: ███████████
Seller Name 2: ███████████
Title Company Name: **ATTORNEY ONLY**
Source Code: **A**

Pre-Litigation Report

Address: ███████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ████████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: ████████████
Owner Name 2: ████████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **06/25/2014** |
| Parcel Number: ████████████ | Book: ███ | Page: ██ |
| Sale Price: **$940,000** | Sale Date: **05/28/2014** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: | Loan Type: | Lender Name: |

Seller Name 1: **DAMBROSIO, ANTHONY L**
Seller Name 2: █████████████
Title Company Name: **ATTORNEY ONLY**
Source Code: **A**

---

Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: █████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: ████████████
Owner Name 2: ████████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: **RESALE** | Recording Date: **06/25/2014** |
| Parcel Number: ████████████ | Book: ███ | Page: ██ |
| Sale Price: **$940,000** | Sale Date: **05/28/2014** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$752,000** | Loan Type: **CONVENTIONAL** | Lender Name: **BANK OF AMERICA** |
| Terms: | Interest Rate: | Interest Rate Type: |

Seller Name 1: **DAMBROSIO, ANTHONY L**
Seller Name 2: █████████████
Title Company Name: **ATTORNEY ONLY**
Source Code: **A**

---

Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: █████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: ████████████
Owner Name 2: ████████████

| | | |
|---|---|---|
| Document Type: **DEED** | Transaction Type: | Recording Date: **06/25/2014** |
| Parcel Number: | Book: ███ | Page: ██ |
| Sale Price: **$940,000** | Sale Date: **05/23/2014** | |
| Loan Amount: | Loan Type: **UNKNOWN** | Lender Name: |

Seller Name 1: **DAMBROSIO, ANTHONY L**
Seller Name 2: █████████████
Source Code: **B**

---

Address: ██████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address:

| | | |
|---|---|---|
| Document Type: | Transaction Type: | Recording Date: **03/07/2012** |
| Parcel Number: ████████████ | Book: ███ | Page: ██ |
| Sale Price: | Sale Date: **02/23/2012** | |
| Loan Amount: **$700,000** | Loan Type: **UNKNOWN** | Lender Name: **HUDSON CITY SAVINGS BANK** |
| Terms: | Interest Rate: **3.75** | Interest Rate Type: **ADJUSTABLE RATE** |

Source Code: **B**

---

Address: ██████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: █████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: █████████████

| | | |
|---|---|---|
| Document Type: **DEED OF TRUST** | Transaction Type: **REFINANCE** | Recording Date: **03/07/2012** |
| Parcel Number: ████████████ | Book: ███ | Page: ██ |
| Sale Price: | Sale Date: **02/23/2012** | |
| Living Size: | Land Usage: **SINGLE FAMILY RESIDENCE** | |
| Loan Amount: **$700,000** | Loan Type: **CONVENTIONAL** | Lender Name: **HUDSON CTY SVGS BK** |

Terms:                          Interest Rate:                          Interest Rate Type: **ADJUSTABLE**

Title Company Name:**PRESTIGE TITLE AGENCY**
Source Code:**A**

---

Address: ████████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ████████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ████████████

Document Type:                     Transaction Type: **REFINANCE**          Recording Date: **03/07/2012**
Parcel Number: ████████████        Book: ██                               Page: ██

Sale Price:                         Sale Date: **02/23/2012**
Living Size:                        Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Amount: **$700,000**           Loan Type: **CONVENTIONAL**            Lender Name:
                                                                          Interest Rate Type: **ADJUSTABLE**
Terms:                              Interest Rate:

Title Company Name:**PRESTIGE TITLE AGENCY**
Source Code:**A**

---

Address: ████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ████████████

Document Type:                     Transaction Type: **REFINANCE**          Recording Date: **03/07/2012**
Parcel Number: ████████████        Book: ██                               Page: ██

Sale Price:                         Sale Date: **02/23/2012**
Living Size:                        Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Amount: **$700,000**           Loan Type: **CONVENTIONAL**            Lender Name:
                                                                          Interest Rate Type: **ADJUSTABLE**
Terms:                              Interest Rate:

Title Company Name:**PRESTIGE TITLE AGENCY**
Source Code:**A**

---

Address: ████████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address:

Document Type:                     Transaction Type:                       Recording Date: **04/09/2010**
Parcel Number: ████████████        Book: ██                               Page: ██
Sale Price:                         Sale Date: **03/04/2010**
Loan Amount: **$720,000**           Loan Type: **UNKNOWN**    Lender Name: **HUDSON CITY SAVINGS BANK**
Terms:                              Interest Rate: **5.12**   Interest Rate Type: **ADJUSTABLE RATE**
Source Code:**B**

---

Address: ████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ████████████

Document Type: **DEED OF TRUST**    Transaction Type: **REFINANCE**          Recording Date: **04/09/2010**
Parcel Number: ████████████        Book: ██                               Page: ██

Sale Price:                         Sale Date: **03/04/2010**
Living Size:                        Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Amount: **$720,000**           Loan Type: **CONVENTIONAL**            Lender Name: **HUDSON CTY SVGS BK**
Terms:                              Interest Rate:                          Interest Rate Type: **ADJUSTABLE**
Source Code:**A**

---

Address: ████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ████████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ████████████

Document Type:                     Transaction Type: **REFINANCE**          Recording Date: **04/09/2010**

Parcel Number: ███████ Book: ███ Page: ███

Sale Price: Sale Date: **03/04/2010**

Living Size: Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$720,000** Loan Type: **CONVENTIONAL** Lender Name:

Terms: Interest Rate: Interest Rate Type: **ADJUSTABLE**

Source Code:**A**

---

Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████

Document Type: Transaction Type: **REFINANCE** Recording Date: **04/09/2010**
Parcel Number: ███████ Book: ███ Page: ███

Sale Price: Sale Date: **03/04/2010**

Living Size: Land Usage: **SINGLE FAMILY RESIDENCE**

Loan Amount: **$720,000** Loan Type: **CONVENTIONAL** Lender Name:

Terms: Interest Rate: Interest Rate Type: **ADJUSTABLE**

Source Code:**A**

---

Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address:

Document Type: Transaction Type: Recording Date: **07/24/2008**
Parcel Number: Book: ███ Page: ███
Sale Price: Sale Date: **07/23/2008**
Loan Amount: **$720,000** Loan Type: **NEW CONVENTIONAL** Lender Name: **HUDSON CTY SAVINGS BANK**
Source Code:**B**

---

Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address:
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████

Document Type: **DEED** Transaction Type: Recording Date: **07/24/2008**
Parcel Number: ███████ Book: ███ Page: ███
Sale Price: **$900,000** Sale Date: **07/23/2008**
Loan Amount: Loan Type: Lender Name:

Seller Name 1: ███████
Seller Name 2: ███████
Source Code:**B**

---

Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████

Document Type: **DEED** Transaction Type: **RESALE** Recording Date: **07/24/2008**
Parcel Number: ███████ Book: ███ Page: ███
Sale Price: **$900,000** Sale Date: **07/23/2008**
Living Size: Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Amount: Loan Type: Lender Name:

Seller Name 1: ███████
Title Company Name:**ATTORNEY ONLY**
Source Code:**A**

---

Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ███████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████

Document Type: **DEED** Transaction Type: **RESALE** Recording Date: **07/24/2008**
Parcel Number: ███████
Book: ███ Page: ███

Sale Price: **$900,000**
Living Size:
Loan Amount: **$720,000**
Terms:
Seller Name 1: ███████████
Title Company Name: **ATTORNEY ONLY**
Source Code: **A**

Sale Date: **07/23/2008**
Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Type: **CONVENTIONAL**
Interest Rate:

Lender Name: **HUDSON CTY SVGS BK**
Interest Rate Type: **ADJUSTABLE**

---

Address: ███████████ HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner's Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY
Owner Name 1: **DAMBROSIO, ANTHONY L**
Owner Name 2: ███████████

Document Type:
Parcel Number: ███████████

Transaction Type: **RESALE**

Book: ███

Recording Date: **07/24/2008**

Page: ███

Sale Price: **$900,000**
Living Size:
Loan Amount: **$720,000**
Terms:
Seller Name 1: ███████████
Source Code: **A**

Sale Date: **07/23/2008**
Land Usage: **SINGLE FAMILY RESIDENCE**
Loan Type: **CONVENTIONAL**
Interest Rate:

Lender Name:
Interest Rate Type: **ADJUSTABLE**

### Property Assessment

Address: ███████████ HO HO KUS, NJ 07423
Owner Name 1: **DAMBROSIO ANTHONY L**
Owner Name 2: ███████████

Parcel Number: ███████████
Lot Number: █
Living Size: **5,934 sq. feet**
Exterior Walls: **FRAME**
Total Value: **$2,416,174**
Assessed Value: **$1,798,600**
Sale Price: **$1,860,000**
Seller Name 1: ███████████
Seller Name 2: ███████████
Legal Description:
Land Usage: **SFR**
Subdivision Name:
Source Code: **A**

Book: ███

Year Built: **2000**
Garage:
Roof:
Improvement Value: **$1,678,667**
Assessed Year: **2024**
Sale Date: **07/01/2014**

Page: ███

Land Size: **71399**
Basement:
Pool:
Tax Amount: **$4,329.23**
Homestead Exemption:
Prior Sale Date: **04/28/2000**

---

Address: ███████████, HO HO KUS, NJ 07423
Owner Name 1: ███████████
Owner Name 2: ███████████

Parcel Number: ███████████
Lot Number: █
Living Size: **2,846 sq. feet**
Exterior Walls: **FRAME**
Total Value: **$849,696**
Assessed Value: **$754,700**
Sale Price: **$940,000**
Loan Amount: **$752,000**
Seller Name 1: **DAMBROSIO ANTHONY L**
Seller Name 2: ███████████
Legal Description:
Land Usage: **SFR**
Subdivision Name: ███████████
Source Code: **A**

Book: ███

Year Built: **1935**
Garage:
Roof:
Improvement Value: **$452,263**
Assessed Year: **2020**
Sale Date: **05/28/2014**
Loan Type: **CONVENTIONAL**

Page: ███

Land Size: **7802**
Basement:
Pool:
Tax Amount: **$16,603.40**
Homestead Exemption:
Prior Sale Date: **07/24/2008**
Lender Name:

---

Address: ███████████, HO HO KUS, NJ 07423
Owner Name 1: **DAMBROSIO ANTHONY L**
Owner Name 2: ███████████
Owner's Address: ███████████, HO HO KUS, NJ 07423-1121, BERGEN COUNTY

Parcel Number: ███████████ ⓘ

Lot Number: █

Living Size: **2,750 sq. feet**

Exterior Walls: **FRAME**

Total Value: **$808,983**

Assessed Value: **$754,700**

Sale Price: **$900,000**

Loan Amount: **$720,000**

Book: ███

Year Built: **1935**

Garage:

Roof:

Improvement Value: **$430,593**

Assessed Year: **2013**

Sale Date: **07/23/2008**

Loan Type: **CONVENTIONAL**

Page: ██

Land Size: **7802**

Basement:

Pool:

Tax Amount: **$14,364.57**

Homestead Exemption:

Prior Sale Date: **04/18/1991**

Lender Name:

Seller Name 1: ██████████

Legal Description:

Land Usage: **SFR**

Subdivision Name:

Source Code: **A**

## Vehicle Registrations

**2011  JEEP  ( ███████ )**         Tag Type: **Other**

VIN: ███████         State of Origin: **NY**

Registration Expiration Date: ███████

Owner(s):         **None**

Registrant(s):         DAMBROSIO ANTHONY DOB: ███████ Age: █  SSN: xxx-xx-xxxx    Sex: **Male**

███████, HO HO KUS, NJ 07423

Lien Holder:         **None**

---

**1994 Black  Jeep LAREDO  ( ███████ )**    Tag Type: **Private**

VIN: ███████         State of Origin: **NY**

Registration Expiration Date: ███████

Engine Size: **242**    Number of Cylinders: **6**    Body: **4 Dr Wagon Sport Utility**

Owner(s):         **None**

Registrant(s):         ANTHONY L DAMBROSIO DOB: ███████ Age: █  SSN: xxx-xx-xxxx    Sex: **Male**

███████, NEW YORK, NY 10032

Lien Holder:         **None**

## Watercraft

[No Data Available]

## UCC Filings

Original Filing Number: ███████

Original Date: Feb 15, 2023

Filing Agency: SECRETARY OF STATE/UCC DIVISION

Filing Agency Address: ███████ TRENTON, NJ 08618

Filing State: NJ

Debtor(s):

Debtor Name: DAMBROSIO L ANTHONY

Debtor SSN/FEIN: xxx-xx-xxxx

Debtor Address: ███████, HO HO KUS, NJ 07423-1205

Secured(s):

Secured Name: CIBC BANK USA

Secured Address: ███████, NEW YORK, NY 10017-3921

Filing(s):

Filing Type: INITIAL FILING

Filing Number: ███████

Filing Status:

Date Filed: Feb 15, 2023

Collateral(s):

Description: 02/15/2023 56437621 - SECURITY INTEREST AND PROCEEDS

## People at Work

Name: ANTHONY L DAMBROSIO
SSN: xxx-xx-xxxx
Company: NYU
Address: ████████, NEW YORK, NY 10016-6402
Phone: ████████ - EDT
FEIN:
Dates: May 08, 2025 - Mar 30, 2026

Name: ANTHONY L DAMBROSIO
SSN: xxx-xx-xxxx
Company: ███████████████████
Address: █████████████████████████, RIDGEWOOD, NJ 07450-3937
Phone: ✔ ████████ - EDT
FEIN:
Dates: Jun 06, 2019 - Mar 30, 2026

Name: ANTHONY DAMBROSIO
SSN: xxx-xx-xxxx
Company: ███████████
Address: █████████████, HO HO KUS, NJ 07423-1205
Phone:
FEIN: █████████
Dates: Jul, 2025 - Mar 16, 2026

Name: ANTHONY LOUIS DAMBROSIO
SSN: xxx-xx-xxxx
Company: ████████████████████████████████
Address: █████████████ NEW YORK, NY 10032-3726
Phone: ████████ - EDT
FEIN:
Dates: Oct 14, 2019 - Dec 12, 2025

Name: ANTHONY DAMBROSIO
Title: HEAD OF ADMINISTRATION (CEO OR PRES
SSN: xxx-xx-xxxx
Company: ███████████████████
Address: ███████████████████, RIDGEWOOD, NJ 07450-3957
Phone: ✔ ████████ - EDT
FEIN:
Dates: Jun 17, 2025

Name: ANTHONY LOUIS DAMBROSIO
SSN: xxx-xx-xxxx
Company: ███████████████████
Address: █████████████████, RIDGEWOOD, NJ 07450-3957
Phone: ✔ ████████ - EDT
FEIN:
Dates: Nov 30, 2021 - Dec 16, 2022

Name: ANTHONY LOUIS DAMBROSIO
SSN: xxx-xx-xxxx
Company: ████████████████████████
Address: ████████████████, RIDGEWOOD, NJ 07450-3957
Phone: ████████ - EDT
FEIN:
Dates: Oct 14, 2019

Name: ANTHONY L DAMBROSIO
Title: ASSISTANT PROFESSOR OF NEUROLOGICAL
SSN: xxx-xx-xxxx

Company: █████████████
Address: █████████████ NEW YORK, NY 10019-6113
Phone: █████████ - EDT
FEIN:
Dates: Jun 29, 2018


Name: ANTHONY L DAMBROSIO
Title: ASSISTANT PROFESSOR OF NEUROLOGICAL
SSN: xxx-xx-xxxx
Company: ████████████████████████
Address: █████████████████████, RIDGEWOOD, NJ 07450-3957
Phone: █████████ - EDT
FEIN:
Dates: Jul 10, 2017


Name: ANTHONY L DAMBROSIO
Title: AFFILIATED NEW JERSEY NEUROSURGEON
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████ NEW YORK, NY 10032-3726
Phone: █████████ - EDT
FEIN:
Dates: Jul 28, 2016


Name: ANTHONY L DAMBROSIO
Title: ASSISTANT PROFESSOR OF NEUROLOGICAL
SSN: xxx-xx-xxxx
Company: ████████████████
Address: █████████████████, RIDGEWOOD, NJ 07450-3937
Phone: █████████ - EDT
FEIN:
Dates: Dec 16, 2014


Name: ANTHONY L DAMBROSIO
Title: ASSISTANT PROFESSOR OF NEUROLOGICAL
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████ NEW YORK, NY 10032-3726
Phone: █████████ EDT
FEIN:
Dates: Dec 16, 2014


Name: ANTHONY L DAMBROSIO
Title: NORTHERN NEW JERSEY PRACTICE
SSN: xxx-xx-xxxx
Company: ████████████
Address: █████████████████, WEST LONG BRANCH, NJ 07764-1436
Phone: █████████ - EDT
FEIN:
Dates: Aug 01, 2012


Name: ANTHONY L DAMBROSIO
Title: NORTHERN NEW JERSEY PRACTICE
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████████████████, RIDGEWOOD, NJ 07450-3937
Phone: █████████ - EDT
FEIN:
Dates: Aug 01, 2012


Name: ANTHONY L DAMBROSIO
Title: NEUROSURGEON
SSN: xxx-xx-xxxx

Company: ███████████████████
Address: ██████████████, SOUTH BEND, IN 46617-2814
Phone: ✔ ██████████ - EDT
FEIN:
Dates: Oct 12, 2008

Name: ANTHONY DAMBROSIO
SSN: xxx-xx-xxxx
Company: ████████████████
Address: ████████████ NEW YORK, NY 10032-3720
Phone: ✔ ██████████ - EDT
FEIN:
Dates:

Name: ANTHONY L DAMBROSIO
SSN: xxx-xx-xxxx
Company: ████████████████████████████
Address: █████████████ NEW YORK, NY 10032-3726
Phone: ██████████ - EDT
FEIN:
Dates:

Name: ANTHONY L DAMBROSIO
SSN: xxx-xx-xxxx
Company: ████████████████████████
Address: ████████████████████, RIDGEWOOD, NJ 07450-3957
Phone: ██████████ - EDT
FEIN:
Dates:

## Bankruptcy Filings

[No Data Available]

## Liens and Judgments

[No Data Available]

## Professional Licenses

Name: ANTHONY L AMBROSIO
License Address: ██████████████████ RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NJ
License Number: ███████████
License Type: MEDICAL DOCTOR
Profession/Board: MEDICAL EXAMINERS
License Status: ACTIVE
Issue Date:  Apr 17, 2007
Expiration Date:  Jun 30, 2027
Last Renewal Date:   Apr 30, 2025

Name: ANTHONY LOUIS DAMBROSIO
License Address: ██████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date:  Mar 08, 2001
Expiration Date:  Mar 31, 2022

Name: ANTHONY LOUIS DAMBROSIO
License Address: ██████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date:  Jan 03, 2008

Expiration Date: Mar 31, 2022

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2020

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2020

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2018

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2016

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2018

Name: ANTHONY LOUIS DAMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NY
License Number: ████
License Type: DOCTOR
Profession/Board: PHYSICIAN
License Status: R
Issue Date: Mar 08, 2001
Expiration Date: Mar 31, 2016

Name: ANTHONY L D AMBROSIO
License Address: ████████████████████, RIDGEWOOD, NJ 07450-3937, BERGEN COUNTY
License State: NJ
License Number: ██████
License Type: MEDICAL DOCTOR
Profession/Board: PHYSICIAN
License Status: ACTIVE

Issue Date:  Apr 17, 2007
Expiration Date:  Jun 30, 2021