# EXHIBIT G

Matthew P. Mazzola (Bar # 253252017)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorney for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

------------------------------------------------------------------ x

| | |
|---|---|
| NEUROMON PROFESSIONALS, LLC, | : |
| | : SUPERIOR COURT OF NEW JERSEY |
| *Plaintiff,* | : LAW DIVISION – |
| | : MIDDLESEX COUNTY |
| v. | : |
| | : Docket No. MID-L-002474-26 |
| UNITED HEALTHCARE INSURANCE | : |
| COMPANY, | : **NOTICE OF FILING OF** |
| | : **NOTICE OF REMOVAL** |
| *Defendant.* | : |

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that on May 15, 2026, Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company, filed a Notice of Removal in the United States District Court for the District of New Jersey, to remove the above-captioned action from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-002474-26 to the United States District Court for the District of New Jersey.  A copy of said Notice is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Dated:  May 15, 2026

                                        ROBINSON & COLE LLP

                                        /s/ *Matthew P. Mazzola*
                                        Matthew P. Mazzola
                                        666 Third Avenue, 20th Floor
                                        New York, New York 10017
                                        Telephone: (212) 451-2900
                                        Email: mmazzola@rc.com

                                        *Attorney for Defendant*
                                        *UnitedHealthcare Insurance Company*
                                        *s/h/a United Healthcare Insurance Company*