Matthew P. Mazzola (Bar # 253252017)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorney for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------------- x

NEUROMON PROFESSIONALS, LLC,                 :

                                                    :    Case No. 2:26-cv-05603

         *Plaintiff,*                        :

                                                    :    **UNITED HEALTHCARE**

    v.                                          :    **INSURANCE COMPANY'S**

                                                    :    **RULE 7.1 CORPORATE**

UNITED HEALTHCARE INSURANCE            :    **DISCLOSURE STATEMENT**
COMPANY,                                           :

                                                    :

         *Defendant.*                         :

-------------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company, by its attorneys, certifies as follows:

UnitedHealthcare Insurance Company is a wholly owned indirect subsidiary of UnitedHealth Group Incorporated. No publicly held corporation owns 10% or more of UnitedHealth Group Incorporated's stock.

UnitedHealthcare Insurance Company is a Connecticut corporation with its principal place of business located at 185 Asylum Street, Hartford, CT 06103. There are no other individuals or entities whose citizenship is attributed to UnitedHealthcare Insurance Company for purposes of establishing jurisdiction based upon diversity of citizenship.

Dated: May 15, 2026

<div style="margin-left:50%">

ROBINSON & COLE LLP

/s/ *Matthew P. Mazzola*
Matthew P. Mazzola
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorney for Defendant*
*UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

</div>

2