Matthew P. Mazzola (Bar # 253252017)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

*Attorney for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

----------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| NEUROMON PROFESSIONALS, LLC, | : | |
| | : | |
| *Plaintiff,* | : | Case No.: 2:26-cv-05603-CCC-MAH |
| | : | |
| v. | : | **CERTIFICATE OF SERVICE** |
| | : | |
| UNITED HEALTHCARE INSURANCE COMPANY, | : | |
| | : | |
| *Defendant.* | : | |

----------------------------------------------------------------------- x

I, Matthew P. Mazzola, Esq., hereby certify that on May 15, 2026, I caused to be served a copy of the Notice of Removal with Exhibits A-G, Civil Cover Sheet, Defendant's Rule 7.1 Corporate Disclosure Statement, and Diversity Disclosure Statement in the above-captioned action, by serving copies thereof via U.S. Mail, postage pre-paid, in a sealed envelope addressed to the following:

Daniel Palgon, Esq.
GOTTLIEB & GREENSPAN, LLC
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410
*Attorneys for Plaintiff*

Dated:  May 16, 2026

/s/ *Matthew P. Mazzola*
Matthew P. Mazzola
